UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------X

MERIDIAN CONSULTING I CORPORATION, INC.,        Civil Action No.: 2:19-cv-22197

                    Plaintiff,

                                                **RULE 41(a)(1)(A)(ii)**
        -against-                               **STIPULATION OF**
                                                **VOLUNTARY DISMISSAL**

EUROTEC CANADA, LTD.

                    Defendant.
-----------------------------------------------------------------------X
EUROTEC CANADA, LTD.,

            Third-Party Plaintiff,


        -against-


LIBERTY HELICOPTERS, INC., RICHARD ZEMKE
VANCE, FLY NYON LLC, NY ON AIR, LIMITED
LIABILITY COMPANY, AIRBUS HELICOPTERS,
INC., S.A.S. AIRBUS HELICOPTERS, and APICAL
INDUSTRIES, INC. d/b/a DART AEROSPACE,

            Third-Party Defendant.
-----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), by and between the undersigned attorneys of record for the parties, that the

above-entitled action (including any and all claims, cross-claims, counter-claims and third-party

claims asserted by and/or against any party in this litigation) be and the same hereby is dismissed

with prejudice and without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED that nothing contained in this

Stipulation waives or affects , in any way, any claims, cross-claims, counter-claims and/or third-

party claims asserted by or against MERIDIAN CONSULTING I CORPORATION, INC.,

LIBERTY HELICOPTERS, INC., RICHARD ZEMKE VANCE, FLY NYON LLC, NYON

4865-7227-0650.1  1

AIR, LIMITED LIABILITY COMPANY (s/h/a NY ON AIR, LIMITED LIABILITY

COMPANY), AIRBUS HELICOPTERS, INC., AIRBUS HELICOPTERS, S.A.S. and APICAL

INDUSTRIES, INC. d/b/a DART AEROSPACE in any other action stemming from the

emergency landing of an AS350B2 helicopter, N350LH, in the East River on March 11, 2018

("the Accident").

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in

counterparts by the parties hereto.

Dated:  Clifton, New Jersey
        October 20, 2022


/s Douglas Amster                                    /s Robert J. Brown
Douglas Amster, Esq.                                 Robert J. Brown, Esq.
Lewis Brisbois Bisgaard & Smith LLP                  Brown Gavalas & Fromm LLP
Attorneys for Plaintiff, MERIDIAN                    Attorneys for Defendant/Third-Party Plaintiff,
CONSULTING I CORPORATION, INC. and                   EUROTEC CANADA, LTD.
Third-Party Defendants, LIBERTY
HELICOPTERS, INC. AND RICHARD
ZEMKE VANCE


/s David J. Harrington
David J. Harrington, Esq.
Condon & Forsyth LLP
Attorneys for Third-Party Defendant, NYON
AIR LLC and FLYNYON LLC


SO ORDERED:

U.S.D.J.

4865-7227-0650.1 2